**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-00373-CAD |
| | § | |
| NICOL CRENSHAW CRAWFORD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/06/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/13/2012                By:  /s/ David P. Leibowitz
                                             (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-00373-CAD |
| | § | |
| NICOL CRENSHAW CRAWFORD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $1,998.00
*and approved disbursements of*  $0.00
*leaving a balance on hand of[1] :*  $1,998.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $1,998.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $499.50 | $0.00 | $499.50 |
| David P. Leibowitz, Trustee Expenses | $3.85 | $0.00 | $3.85 |

Total to be paid for chapter 7 administrative expenses:  $503.35
Remaining balance:  $1,494.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $1,494.65

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,494.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $70,541.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $1,151.58 | $0.00 | $24.39 |
| 2 | Discover Bank | $12,236.83 | $0.00 | $259.28 |
| 3 | Midland Funding LLC/Citibank | $4,582.29 | $0.00 | $97.09 |
| 4 | Midland Funding LLC/US Bank | $18,644.11 | $0.00 | $395.04 |
| 5 | RBS Citizens | $4,262.67 | $0.00 | $90.32 |
| 6 | Sallie Mae | $29,474.53 | $0.00 | $624.51 |
| 7 | American InfoSource LP as agent for US Cellular | $189.56 | $0.00 | $4.02 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,494.65 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | «mnyTotalUnsecuredCreditorsSub_v2» |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                       Case No. 12-00373-CAD
Nicol Crenshaw Crawford                                                      Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: tmaurer               Page 1 of 3                  Date Rcvd: Nov 14, 2012
                              Form ID: pdf006             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2012.
db           +Nicol Crenshaw Crawford,   8738 S. Utica,   Evergreen Park, IL 60805-1033
18336727     +Advocate Christ Medical Center,   4440 West 95th Street,   Oak Lawn, IL 60453-2600
18336728      Ashleystewar,   Po Box 182273,   Northglenn, CO 80233
18736715     +Atlas Acquisitions LLC (HSBC Bank Nevada Natio),   294 Union St.,   Hackensack, NJ 07601-4303
18336729     +Blatt, Hasenmiller, Leibsker, & Moo,   125 South Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
18336730     +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
18336732     +Hsbc Nv,   Po Box 5253,   Carol Stream, IL 60197-5253
18336733     +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
18336734      Illinois Department of Revenue,   C/O Bankruptcy Department,   100 West Randolph, Level 7 Rm 425,
               Chicago, IL 60601
18336736      LCA Collections,   PO Box 2240,   Burlington, NC 27216-2240
18336737     +Little Company of Mary Hospital,   2800 West 95th Street,   Evergreen Park, IL 60805-2795
18336738     +Medical Recovery Specialists,   2250 E. Devon Avenue, Ste 352,   Des Plaines, IL 60018-4519
18336739      Mercantile Adjustment Bureau, LLC,   P.O. Box 9016,   Buffalo, NY 14231-9016
18877179     +RBS Citizens,   443Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
18336742     +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
18336744     +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
18336746     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
19370199     +Wells Fargo Bank,   c/o Pierce and Associates,   1 N Dearborn Suite 1300,
               Chicago, IL 60602-4321
18336747     +Wlsfgr Hmmtg,   7255 Baymeadows Wa,   Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19074472      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2012 03:10:35
               American InfoSource LP as agent for,   US Cellular,   PO Box 248838,
               Oklahoma City, OK  73124-8838
18382425     +E-mail/Text: bnc@atlasacq.com Nov 15 2012 03:20:17    Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
18336731      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2012 03:05:30    Discover Fin,   Pob 15316,
               Wilmington, DE 19850
18747069      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2012 03:05:30    Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18336735      E-mail/Text: cio.bncmail@irs.gov Nov 15 2012 02:46:01    Internal Revenue,
               CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,   Philadelphia, PA 19114-0326
18336740     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2012 02:51:44    Midland Credit Management, Inc,
               Department 12421,   PO Box 603,   Oaks, PA 19456-0603
18751529     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2012 02:51:44    Midland Funding LLC,
               Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18336741     +E-mail/Text: info@nelsonwatson.com Nov 15 2012 05:36:30    Nelson, Watson & Associates, LLC,
               80 Merrimack St. Lower Level,   Haverhill, MA 01830-5202
18336743     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 15 2012 03:31:49    Sallie Mae,   1002 Arthur Dr,
               Lynn Haven, FL 32444-1683
18956412     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 15 2012 03:34:15    Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
18336745      Fax: 866-419-3894 Nov 15 2012 03:36:06    U.S. Cellular,   P.O. Box 0203,
               Palatine, IL 60055-0203
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Certificate of Notice    Page 6 of 7

```
District/off: 0752-1          User: tmaurer              Page 2 of 3                 Date Rcvd: Nov 14, 2012
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2012**                   **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3              Date Rcvd: Nov 14, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2012 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Chad M. Hayward    on behalf of Debtor Nicol Crenshaw Crawford courtnotice@haywardlawoffices.com, ch@haywardlawoffices.com;jr@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com
        David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Toni  Dillon    on behalf of Creditor   WELLS FARGO BANK, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 5