**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-00373-CAD |
| | § | |
| NICOL CRENSHAW CRAWFORD | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $105,998.00 | Assets Exempt: | $21,500.00 |
| Total Distributions to Claimants: | $1,494.65 | Claims Discharged Without Payment: | $115,109.38 |
| Total Expenses of Administration: | $503.35 | | |

3)      Total gross receipts of $1,998.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,998.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $169,828.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $503.35 | $503.35 | $503.35 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $116,274.09 | $70,541.57 | $70,541.57 | $1,494.65 |
| **Total Disbursements** | $286,102.09 | $71,044.92 | $71,044.92 | $1,998.00 |

4). This case was originally filed under chapter 7 on 01/06/2012. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2013                    By:   /s/ David P. Leibowitz
                                                     Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 Estimated Tax refund | 1224-000 | $1,998.00 |
| **TOTAL GROSS RECEIPTS** | | $1,998.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wlsfgr Hmmtg | 4110-000 | $169,828.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $169,828.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $499.50 | $499.50 | $499.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.85 | $3.85 | $3.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $503.35 | $503.35 | $503.35 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Internal Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 7100-900 | NA | $1,151.58 | $1,151.58 | $24.39 |
| 2 | Discover Bank | 7100-900 | $11,288.00 | $12,236.83 | $12,236.83 | $259.28 |
| 3 | Midland Funding LLC/Citibank | 7100-900 | $4,582.29 | $4,582.29 | $4,582.29 | $97.09 |
| 4 | Midland Funding LLC/US Bank | 7100-900 | $20,255.34 | $18,644.11 | $18,644.11 | $395.04 |
| 5 | RBS Citizens | 7100-000 | $3,751.00 | $4,262.67 | $4,262.67 | $90.32 |
| 6 | Sallie Mae | 7100-000 | $30,135.00 | $29,474.53 | $29,474.53 | $624.51 |
| 7 | American InfoSource LP as agent for US Cellular | 7100-000 | $200.00 | $189.56 | $189.56 | $4.02 |
|  | Advocate Christ Medical Center | 7100-000 | $427.00 | NA | NA | $0.00 |
|  | Ashleystewar | 7100-000 | $153.00 | NA | NA | $0.00 |
|  | Citizens Bank | 7100-000 | $1,916.00 | NA | NA | $0.00 |
|  | Hsbc Nv | 7100-000 | $12,106.00 | NA | NA | $0.00 |
|  | Hsbc/Carsn | 7100-000 | $933.00 | NA | NA | $0.00 |
|  | LCA Collections | 7100-000 | $30.91 | NA | NA | $0.00 |
|  | Little Company of Mary Hospital | 7100-000 | $1,381.00 | NA | NA | $0.00 |
|  | Medical Recovery Specialists | 7100-000 | $200.00 | NA | NA | $0.00 |
|  | Mercantile Adjustment Bureau, LLC | 7100-000 | $5,385.82 | NA | NA | $0.00 |
|  | Nelson, Watson & Associates, LLC | 7100-000 | $1,144.73 | NA | NA | $0.00 |
|  | Sears/Cbsd | 7100-000 | $4,582.00 | NA | NA | $0.00 |
|  | Us Bank/Na Nd | 7100-000 | $17,803.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $116,274.09 | $70,541.57 | $70,541.57 | $1,494.65 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 12-00373-CAD | |
| **Case Name:** | CRAWFORD, NICOL CRENSHAW | |
| **For the Period Ending:** | 1/17/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 01/06/2012 (f) |
| **§341(a) Meeting Date:** | 02/23/2012 |
| **Claims Bar Date:** | 07/04/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Primary Residence commonly known as 8738 S. Utica Evergreen Park, IL 60805 - zillow.com | $118,500.00 | $0.00 | | $0.00 | FA |
| 2 Checking Account held by Chase | $100.00 | $0.00 | | $0.00 | FA |
| 3 Savings Account held by Chase | $100.00 | $0.00 | | $0.00 | FA |
| 4 Miscellaneous Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5 Clothes | $200.00 | $0.00 | | $0.00 | FA |
| 6 401K | $400.00 | $0.00 | | $0.00 | FA |
| 7 2011 Estimated Tax refund | $3,498.00 | $2,498.00 | | $1,998.00 | FA |
| 8 2001 Jeep Grand Cherokee Laredo Sport Utility 4D with 100,000 miles | $4,200.00 | $0.00 | | $0.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $127,498.00 | $2,498.00 | | $1,998.00 | $0.00 |

**Major Activities affecting case closing:**

Review Claims and Prepare TFR

Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-00373-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CRAWFORD, NICOL CRENSHAW | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5099 | | Checking Acct #: | ******7301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/6/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2012 | (7) | Nicol R Crenshaw-Crawford | Payment RE non exempt portion of tax refund | 1224-000 | $1,998.00 | | $1,998.00 |
| 12/11/2012 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $499.50 | $1,498.50 |
| 12/11/2012 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.85 | $1,494.65 |
| 12/11/2012 | 3003 | RBS Citizens | Claim #: 5; Amount Claimed: 4,262.67; Amount Allowed: 4,262.67; Distribution Dividend: 2.12; | 7100-000 | | $90.32 | $1,404.33 |
| 12/11/2012 | 3004 | Sallie Mae | Claim #: 6; Amount Claimed: 29,474.53; Amount Allowed: 29,474.53; Distribution Dividend: 2.12; | 7100-000 | | $624.51 | $779.82 |
| 12/11/2012 | 3005 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.02 | $775.80 |
| | | | Claim Amount $(4.02) | 7100-000 | | | $775.80 |
| 12/11/2012 | 3006 | Atlas Acquisitions LLC (HSBC Bank Nevada | Claim #: 1; Amount Claimed: 1,151.58; Amount Allowed: 1,151.58; Distribution Dividend: 2.12; | 7100-900 | | $24.39 | $751.41 |
| 12/11/2012 | 3007 | Discover Bank | Claim #: 2; Amount Claimed: 12,236.83; Amount Allowed: 12,236.83; Distribution Dividend: 2.12; | 7100-900 | | $259.28 | $492.13 |
| 12/11/2012 | 3008 | Midland Funding LLC/Citibank | Claim #: 3; Amount Claimed: 4,582.29; Amount Allowed: 4,582.29; Distribution Dividend: 2.12; | 7100-900 | | $97.09 | $395.04 |
| 12/11/2012 | 3009 | Midland Funding LLC/US Bank | Claim #: 4; Amount Claimed: 18,644.11; Amount Allowed: 18,644.11; Distribution Dividend: 2.12; | 7100-900 | | $395.04 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS:** | | $1,998.00 | $1,998.00 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| **Subtotal** | | $1,998.00 | $1,998.00 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $1,998.00 | $1,998.00 | |

**For the period of 1/6/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,998.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,998.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,998.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,998.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/19/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,998.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,998.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,998.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,998.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 12-00373   Doc 31   Filed 01/23/13   Entered 01/23/13 10:06:03   Desc Main
Document      Page 7 of 7

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-00373-CAD | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CRAWFORD, NICOL CRENSHAW | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******5099 | | **Checking Acct #:** | ******7301 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/6/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/17/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $1,998.00 | $1,998.00 | $0.00 |

**For the period of 1/6/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,998.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,998.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,998.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,998.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/06/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,998.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,998.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,998.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,998.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ